Argued April 23, affirmed June 25, 1979

In the Matter of the Estate of
Marie Barnett Cooper, Deceased,
McCLELLAN et al, *Appellants,*

*v.*

HILDERBRAND, *Respondent.*

(No. 4944, CA 11810)

595 P2d 1390

Argued and submitted April 23, 1979.

William B. Crow, Portland, argued the cause for appellants. With him on the briefs were James N. Westwood, Thomas C. Sand, and Miller, Anderson, Nash, Yerke & Wiener, Portland.

James R. Moore, Portland, argued the cause for respondent. With him on the brief were Elizabeth K. Reeve and Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM

## PER CURIAM

We agree with the trial court findings.